# United States District Court
# For The Western District of North Carolina
# Statesville Division

DAVID EZELL SIMPSON,

       Petitioner,                JUDGMENT IN A CIVIL CASE

vs.                                 CASE NO. 5:10CV127-3-V

UNION COUNTY SHERIFF'S OFFICE
AND UNION COUNTY DISTRICT ATTORNEY,

       Respondents.

DECISION BY COURT. This action having come before the Court by petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's September 3, 2010, Order.

                                      Signed: September 3, 2010

                                      _/s/ Frank G. Johns_

                                      Frank G. Johns, Clerk
                                      United States District Court